May-24-05  05:38pm  From-Murphy,Pearson,Bradley,Feeney        +916-565-1637        T-276  P.002/004  F-018

Mark E. Ellis - 127159
June D. Coleman - 191890
MURPHY, PEARSON, BRADLEY & FEENEY
701 University Avenue, Suite 150
Sacramento, CA 95825
Telephone:   (916) 565-0300
Facsimile:   (916) 565-1636

**E-filed 5/31/05**

Attorneys for Defendants
TATE & KIRLIN ASSOCIATES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF DISTRICT

SAN JOSE DIVISION

BRIAN MINICK, an Individual on behalf of himself and all others similarly situated

　　　　　Plaintiff,

v.

TATE & KIRLIN ASSOCIATES, PAT SHARPE, MARK BREWER and SHERMAN ACQUISITION II LLP a/k/a SHERMAN FINANCIAL GROUP and ALEGIS GROUP LP,

　　　　　Defendants.

Case No.: C05 00457 JF

STIPULATION AND [PROPOSED] ORDER CONTINUING THE STATUS CONFERENCE HEARING

**Current CMC Date:**
Date: June 10, 2005
Time: 10:30am
Location: Courtroom 3

**CMC Date Requested:**
Date: June 3, 2005
Time: 10:30am
Location: Courtroom 3

Judge: Honorable Jeremy Fogel

　　　　Plaintiff BRIAN MINNICK and Defendants TATE & KIRLIN ASSOCIATES, and Defendants SHERMAN ACQUISTION II through their respective counsel of record in this matter, pursuant to Civ. L.R. 6-1 and 6.2, hereby stipulate to, and request the court issue an order changing the hearing dated of the initial case management conference hearing currently set for June 10, 2005. Defense counsel June Coleman has a previously-scheduled out of town commitment on June 10, 2005. Further, the parties will be appearing before this court at the hearing on Tate & Kirlin Associates' Motion to Dismiss on June 3, 2005, and plaintiff's counsel and defense counsel June Coleman will be appearing before this Court on June 3, 2005, in another case.

- 1 -

Stipulation And [Proposed] Order Continuing The Status Conference Hearing

1  Pursuant to this stipulation, the parties respectfully request that the Court issue an order
2  granting the proposed date of the initial case management conference, and that said conference be
3  scheduled for 10:30 a.m. on June 3, 2005, to be heard in Courtroom 3 of the Court.
4  The parties agree that this stipulation and the resulting changes of the foregoing hearings will
5  not otherwise affect the schedule for this case.

6  Dated: May 26, 2005

By _____
Ronald Wilcox
O. Randolph Bragg
Attorneys for Plaintiff
BRIAN MINICK

11  Dated: May 20, 2005

MURPHY, PEARSON, BRADLEY & FEENEY

By _____
June D. Coleman
Attorneys for Defendants
TATE & KIRLIN ASSOCIATES

17  Dated: May ____, 2005

CARLSON, MESSER & TURNER, LLP

By _____
Stephen H. Turner
Gregory K. Kechichian
Larissa G. Nefulda
Attorneys for Defendants
SHERMAN ACQUISITION II

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 5/31/05                      /s/electronic signature authorized
                                    Honorable Jeremy Fogel
                                    Judge, U.S. District Court
                                    Northern District of California

JRJ.10271237.doc

- 2 -

Stipulation And [Proposed] Order Continuing The Status Conference Hearing

1  Pursuant to this stipulation, the parties respectfully request that the Court issue an order
2  granting the proposed date of the initial case management conference, and that said conference be
3  scheduled for 10:30 a.m. on June 3, 2005, to be heard in Courtroom 3 of the Court.
4  The parties agree that this stipulation and the resulting changes of the foregoing hearings will
5  not otherwise affect the schedule for this case.

6  Dated: May ____, 2005

8  By _____
   Ronald Wilcox
9  O. Randolph Bragg
   Attorneys for Plaintiff
10 BRIAN MINICK

11 Dated: May 20, 2005

12 MURPHY, PEARSON, BRADLEY & FEENEY

14 By _____
   June D. Coleman
15 Attorneys for Defendants
   TATE & KIRLIN ASSOCIATES

17 Dated: May 25, 2005

18 CARLSON, MESSER & TURNER, LLP

20 By _____
   Stephen H. Turner
21 Gregory K. Kechichian
   Larissa G. Nefulda
22 Attorneys for Defendants
   SHERMAN ACQUISITION II

24 PURSUANT TO STIPULATION, IT IS SO ORDERED.

25 Dated: _____

26 Honorable Jeremy Fogel
   Judge, U.S. District Court
27 Northern District of California

28 JRJ.10271237.doc

-2-

Stipulation And [Proposed] Order Continuing The Status Conference Hearing