**E-filed 8/3/05**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| BRIAN MINICK, an individual, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TATE & KIRLIN ASSOCIATES, PAT SHARPE, MARK BREWER and SHERMAN ACQUISITIONS II LLP, a/k/a SHERMAN FINANCIAL GROUP and ALEGIS GROUP LP,<br><br>Defendants. | CASE NO. C05 00457 JF<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

IT IS HEREBY STIPULATED by and between Plaintiff and Defendants Sherman Acquisition, LLP a/k/a Sherman Financial Group and Alegis Group LP, through their designated counsel, that Plaintiff has agreed to dismiss any and all causes of action that relate or could relate to the above captioned action and hereby requests that this action be dismissed with prejudiced pursuant to FRCP 41(a)(1).

Each party to bear their own attorney's fees and costs.

Dated: 7/25/05

_____
RONALD WILCOX, Counsel for Plaintiff

_____
STEPHEN H. TURNER, Counsel for Defendant Sherman Acquisition, LLP a/k/a Sherman Financial Group and Alegis Group LP

**IT IS SO ORDER.**

Jeremy Fgoel /s/electronic signature authorized

_____     8/3/05
**U.S. DISTRICT JUDGE**                      Date: _____